| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FINAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  ARMSTRONG, VERNELIS K. | 2. Court or Organization  ND OH, WD | 3. Date of Report  06/22/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. Magistrate Judge (recalled) | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial   ☐ Annual   ☑ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014 to 03/04/2015 |
| 7. Chambers or Office Address  1716 Spielbusch Avenue Room 222 U. S. Courthouse Toledo, Ohio 43604 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARMSTRONG, VERNELIS K. | 06/22/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. PNC Bank | Mortgage on rental property A | K |
| 2. American Express | Credit card | J |
| 3. Key Bank | Credit Card | J |
| 4. American Express | Credit Card | J |
| 5. PNC Bank | Mortgage on rental property B | L |
| 6. Bank of America | Credit Card | J |
| 7. Bank of America | Credit card | J |
| 8. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARMSTRONG, VERNELIS K. | 06/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Rental Property A Toledo, Ohio | C | Rent | L | W | | | | | |
| 2.   Rental Property B Toledo, Ohio | D | Rent | M | W | | | | | |
| 3.   PNC Bank Savings account | D | Interest | J | T | Buy (add'l) | 12/07/14 | J | | |
| 4.   PNC Bank Savings account | A | Interest | J | T | | | | | |
| 5.   PNC Bank Checking account | A | Interest | J | T | | | | | |
| 6.   Promedica FCU Savings accout | A | Interest | J | T | | | | | |
| 7.   Drefus Premier Bond Fund | B | Interest | J | T | | | | | |
| 8.   Invesco U S Mortgage Fund | A | Int./Div. | J | T | | | | | |
| 9.   MFS Government Moratgage Fund | C | Interest | J | T | | | | | |
| 10.  VK US Gov't Fund | A | Interest | K | T | | | | | |
| 11.  Wells Fargo N A | A | Interest | J | T | | | | | |
| 12.  Key Bank | A | Interest | J | T | | | | | |
| 13.  PNC Checking account | A | Interest | J | T | | | | | |
| 14.  Gov't Federal Credit Union | A | Interest | J | T | | | | | |
| 15.  PNC Bank IRA (cash account) | A | Interest | J | T | | | | | |
| 16.  AFLAC Inc com | A | Interest | J | T | | | | | |
| 17.  Air Products & Chemical Inc com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARMSTRONG, VERNELIS K. | 06/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Analog Devices Inc com | A | Dividend | J | T | | | | | |
| 19.   AT &T Inc com | A | Dividend | J | T | | | | | |
| 20.   Automatic Data Processing com | A | Dividend | J | T | | | | | |
| 21.   Baxter International Inc com | A | Dividend | J | T | | | | | |
| 22.   Bection Dickinson & Co com | A | Dividend | J | T | | | | | |
| 23.   Chevron Corp com | A | Dividend | J | T | | | | | |
| 24.   Chubb Corp com | A | Dividend | J | T | | | | | |
| 25.   Clorox Co. com | A | Dividend | J | T | | | | | |
| 26.   Colgate-Palmolive com | A | Dividend | J | T | | | | | |
| 27.   Conocophillips Corp com | A | Dividend | J | T | | | | | |
| 28.   Eaton Vance Corp com | A | Dividend | J | T | | | | | |
| 29.   Emerson Electric Co com | A | Dividend | J | T | | | | | |
| 30.   Exxon Mobil Corp com | A | Dividend | J | T | | | | | |
| 31.   Factset Research Systems Inc com | A | Dividend | J | T | | | | | |
| 32.   General Mills Inc com | A | Dividend | J | T | | | | | |
| 33.   General Dynamics Corp | A | Dividend | J | T | | | | | |
| 34.   Grainger W W Inc com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARMSTRONG, VERNELIS K. | 06/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Harris Corp com | A | Dividend | J | T | | | | | |
| 36. Illinois tool Works Inc com | A | Dividend | J | T | | | | | |
| 37. International Business Machines Inc | A | Dividend | J | T | | | | | |
| 38. J M Smucker Co com | A | Dividend | J | T | | | | | |
| 39. Johnson & Johnson com | A | Dividend | J | T | | | | | |
| 40. Johnson Controls Inc com | A | Dividend | | | Sold | 09/23/14 | J | | |
| 41. Kellog Co com | A | Dividend | J | T | | | | | |
| 42. Lowes Comp com | A | Dividend | J | T | | | | | |
| 43. McDonalds Corp com | A | Dividend | J | T | | | | | |
| 44. Medtronics Inc com | A | Dividend | J | T | | | | | |
| 45. Microsoft Corp com | A | Dividend | J | T | | | | | |
| 46. Nextera Energy Inc com | A | Dividend | J | T | | | | | |
| 47. Nordstrom Inc com | A | Dividend | J | T | | | | | |
| 48. Norfolk Southern Corp com | A | Dividend | J | T | | | | | |
| 49. Northeast Utilities Com | A | Dividend | J | T | | | | | |
| 50. Novartis AG com | A | Dividend | J | T | | | | | |
| 51. Paychex Inc com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pepsico Inc com | A | Dividend | J | T | | | | | |
| 53. Phillips 66 com | A | Dividend | J | T | | | | | |
| 54. Polaris Inds Inc com | A | Dividend | J | T | | | | | |
| 55. Praxair Inc com | A | Dividend | J | T | | | | | |
| 56. Procter & Gamble Co com | A | Dividend | J | T | | | | | |
| 57. Qualcom Inc com | A | Dividend | J | T | Buy | 09/23/14 | J | | |
| 58. Scana Corp | A | Dividend | J | T | | | | | |
| 59. Sigma Aldrich Corp com | A | Dividend | J | T | | | | | |
| 60. Sysco Corp com | A | Dividend | J | T | | | | | |
| 61. Target Corp com | A | Dividend | J | T | | | | | |
| 62. Southern Corp com | A | Dividend | J | T | | | | | |
| 63. United Technologies com | A | Dividend | J | T | | | | | |
| 64. V F Corp com | A | Dividend | J | T | | | | | |
| 65. Wal-mart Stores Inc com | A | Dividend | J | T | | | | | |
| 66. 3M Co com | A | Dividend | J | T | | | | | |
| 67. Wisconson Energy Corp com | A | Dividend | J | T | | | | | |
| 68. Well Fargo cash | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARMSTRONG, VERNELIS K. | 06/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARMSTRONG, VERNELIS K. | 06/22/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

**FINANCIAL DISCLOSURE REPORT**

Page 10 of 10

Name of Person Reporting

ARMSTRONG, VERNELIS K.

Date of Report

06/22/2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ VERNELIS K. ARMSTRONG**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544